## BEELER v WILLIS

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 26, 1934

Shotts & Millikin, Hamilton, for plaintiff in error.

Coleman Avery, Cincinnati, for defendant in error.

For full opinion see 1 OO 528; 48 Oh Ap 368.